UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA JONES,

               Plaintiff(s),

    v.

MARRIOTT INTERNATIONAL INC., et al.,

               Defendant(s).

CASE NO. C25-1613-KKE

ORDER ON MOTION TO EXTEND
BRIEFING SCHEDULE

Now before the Court is Defendant Marriott International, Inc.'s motion for an order modifying the briefing schedule on Plaintiff's motion to certify the class (Dkt. No. 27). Dkt. No. 39. Defendant seeks an extended briefing schedule as its arguments on class certification will depend on whether the Court grants Plaintiff leave to amend the complaint (Dkt. No. 25). Dkt. No. 39 at 2. This is so, according to Defendant, because the proposed amended complaint "alters the temporal scope of the class and adds a named Plaintiff." *Id.* Defendant asserts that it attempted to obtain Plaintiff's counsel's consent to modify the briefing schedule, but that its emails went unanswered. *See* Dkt. No. 40.

The Court ORDERS as follows:

1) Finding good cause, the Court GRANTS Defendant's motion to modify the briefing schedule on class certification. Dkt. No. 39.

ORDER ON MOTION TO EXTEND BRIEFING SCHEDULE - 1

2) The deadlines for Defendant to respond to Plaintiff's class certification motion and for Plaintiff to file a reply in support of its motion for class certification (Dkt. No. 21) are VACATED pending the Court's ruling on Plaintiff's motion to amend the complaint. The Court will re-set briefing deadlines on class certification upon ruling on Plaintiff's motion to amend.

3) Though Plaintiff filed a copy of her proposed amended complaint as an exhibit to her motion to amend (Dkt. No. 25-1), she does not provide a version that complies with this District's local rules. *See* W.D. Wash. Local Rules LCR 15(a). Plaintiff is ORDERED to re-file a redlined version of the proposed amended complaint to the docket no later than May 5, 2026.

Dated this 28th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MOTION TO EXTEND BRIEFING SCHEDULE - 2