UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA JONES,<br><br>Plaintiff(s),<br>v.<br><br>MARRIOTT INTERNATIONAL INC., et al.,<br><br>Defendant(s). | CASE NO. C25-1613-KKE<br><br>CASE SCHEDULE |

Upon review of the parties' joint status report (Dkt. No. 46), the Court ORDERS that this case shall conform to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline for Plaintiff's renewed motion for class certification | September 1, 2026 |
| Deadline for Defendant's response to Plaintiff's renewed motion for class certification | October 1, 2026 |
| Deadline for Plaintiff's reply in support of its motion for class certification | October 15, 2026 |

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 17th day of August, 2026.

Kymberly K. Evanson
United States District Judge